UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case Number: 3:21-mj-0009-DMC |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **Rodrigo Gonzalez-Garcia** | **(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 21 USC 844(a); 36 CFR 261.9(f); 36 CFR 261.10(a); and 36 CFR 261.11(d) | Possess 237 Marijuana Plants; Use of Pesticides on National Lands; Construct Fence on National Lands; and Fail to Dispose of all Garbage |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of $975.00 , a special assessment of $25.00 , as to Count 1; a fine in the amount of $490.00, a special assessment of $10.00, as to Count 2; a fine in the amount of $240.00, a special assessment of $10.00, as to Count 3; and a fine in the amount of $240.00, a special assessment of $10.00, as to Count 4.

☒ Total financial obligation of $2,000.00  due immediately or no later than 1/8/2022.

☒ **PROBATION** for a term of 60 months, expiring on 12/8/2026. Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☒ **YOU ARE PROHIBITED from entering National lands in the Eastern District of California for a period of 5 years including, but not limited to, lands supervised by the United States Forest Service, Bureau of Land Management, National Park Service, and Veteran's Administration.**

**While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely.  If your conviction also involves a moving violation, an abstract could be placed on your driving record.  The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

**Your check or money order must indicate your  name  and  case  number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 12/7/2021

*/s/ Dennis M. Cota*
**Dennis M. Cota**
United States Magistrate Judge

CRD  Initials: clp